### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

KRISTINA QUARLES                                                                                           PLAINTIFF
ADC #760441

v.                                          No. 5:14CV00263 JLH

DEBERRY, *et al*.                                                                                          DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted.

IT IS THEREFORE ORDERED THAT Kristina Quarles' complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted. Kristina Quarles is given thirty (30) days from the date of the entry of this Order within which to file an amended complaint describing in detail the inhumane conditions she alleges and the harm that she has incurred as a result.

DATED this 29th day of July, 2014.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE